UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BARTEL COLLIER,<br><br>  Petitioner,<br><br>  v.<br><br>RALPH DIAZ, ACTING WARDEN,<br><br>  Respondent. | CASE NO. CV 11-5133-JST (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5.17.12

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\COLLIER, J 5133\Judgment.wpd